**Dismissed and Memorandum Opinion filed February 28, 2013.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-12-00978-CV

---

### KENNETH BONIABY, Appellant

### V.

### SOUTHWESTERN BELL TELEPHONE COMPANY D/B/A AT&T TEXAS AND BRIAN SCHAEFER, Appellees

---

**On Appeal from the 412th District Court
Brazoria County, Texas
Trial Court Cause No. 57614**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed July 23, 2012. The clerk's record was filed December 6, 2012. No reporter's record was filed. No brief was filed.

On January 8, 2013, this court issued an order stating that unless appellant submitted a brief, together with a motion reasonably explaining why the brief was

late, on or before February 7, 2013, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no response. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Boyce and Donovan.